NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY SINGLETON HALL,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5153

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-202, Judge Francis M. Allegra.

---

**ON MOTION**

---

**ORDER**

Anthony Singleton Hall having not paid the docketing fee,

IT IS ORDERED THAT:

This appeal is dismissed for failure to prosecute. Any pending motions are denied as moot.

FOR THE COURT

**DEC 1 0 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Anthony Singleton Hall
      Sara Ann Ketchum, Esq.

s8

ISSUED AS A MANDATE:   **DEC 1 0 2010**

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**DEC 1 0 2010**

**JAN HORBALY**
**CLERK**